Civil Action No. **1:26-cv-00321**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Jared Dekoninck**
was received by me on **7/22/2026:**

[X] I personally served the **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT; COMMPLAINT; CIVIL COVER SHEET; SUMMONS** on the individual at **3623 Bostick Rd, Fort Wayne, IN 46816-9756** on **07/22/2026 at 8:30 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 07/22/2026

[signature]

*Server's signature*

**Alena Boyll**

*Printed name and title*

**3520 w. Sycamore st**
**Kokomo, IN 46901**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT; COMMPLAINT; CIVIL COVER SHEET; SUMMONS, to Jared Dekoninck with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**

Tracking #: **0233672000**

Civil Action No. **1:26-cv-00321**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Precon, LLC**
was received by me on **7/22/2026:**

☐ I personally served the **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT; COMMPLAINT; CIVIL COVER SHEET; SUMMONS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jared Dekoninck**, who is designated by law to accept service of process on behalf of **Precon, LLC** at **3623 Bostick Rd, Fort Wayne, IN 46816-9756** on **07/22/2026 at 8:31 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 07/22/2026

Alena Boyll

*Server's signature*

**Alena Boyll**

*Printed name and title*

**3520 w. Sycamore st**
**Kokomo, IN 46901**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT; COMMPLAINT; CIVIL COVER SHEET; SUMMONS, to Jared Dekoninck who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**

Tracking #: **0233672086**